[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

ELLEN MILLER

Plaintiff

v.

ANDREW BALTERMAN

Defendant

Case Number: 1:18-cv-04353

Judge: Robert M. Dow, Jr.

### NOTICE OF MOTION

**TO:** Christopher V. Langone

clangone@langonebatson.com

**PLEASE TAKE NOTICE** that on Thursday, August 30, 2018 at 9:15 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Robert M. Dow, Jr. or any judge sitting in his or her stead in **Courtroom** 2303 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Defendant's Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction

### CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2018, I provided service to the person or persons listed above by the following means: via the clerk's electronic filing system

Signature: *[signed]*

Date: August 24, 2018

Name (Print): Matthew D. Elster

Address: Beermann LLP

161 N Clark Street #3000

Chicago, IL 60601

Phone: 312.621.9700

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]