IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELLEN MILLER,<br>    Plaintiff,<br><br>v.<br><br>ANDREW BALTERMAN,<br>    Defendant. | )<br>)<br>)<br>)   No. 1:18-cv-04353<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S INITIAL STATUS REPORT

NOW COMES the Defendant, ANDREW BALTERMAN, by his undersigned counsel, and submits the following as his Initial Status Report pursuant to this Court's standing order:[1]

    1.    This is an action brought by a beneficiary of the estate of the decedent, Elmore Lee Balterman, complaining that Defendant, a beneficiary and the executor of said estate, breached his fiduciary duty to Plaintiff through improper execution of the decedent's estate, and further unduly influenced the decedent almost a decade before his death. But for these acts, Plaintiff contends that she would have received a greater share of the decedent's estate. Plaintiff has demanded a trial by jury.

    2.    The legal and factual issues in this matter relate to:

        a.    Defendant's administration of the decedent's estate; and

        b.    Defendant's actions vis-à-vis the decedent in the decade prior to his death.

    3.    The parties engaged in settlement discussions during the pendency of the probate proceedings in which they both participated before the Circuit Court of Cook County. No settlement discussions have occurred to date in this matter.

---

[1] Counsel for Defendant sent a proposed *Joint* Initial Status Report to Plaintiff's counsel on the morning of Monday, September 10, 2018. (See **Exhibit A**). As of the time of filing of this document, approximately 3:15 p.m. on September 11, 2018, Defendant's counsel has received no response from Plaintiff's counsel. Accordingly, this Status Report is submitted in Defendant's name only.

4.	Neither party has initiated discovery to date. Defendant anticipates that Plaintiff will seek to engage in substantial discovery related to Defendant's administration of the decedent's estate from August, 2012, when the probate proceedings commenced, through July, 2016, when they concluded. Defendant further anticipates, based upon the allegations in Count II of Plaintiff's Complaint, that she will seek discovery regarding events which occurred as far back as 2003 involving Defendant and the decedent.

5.	Defendant does not believe this Court possesses subject matter jurisdiction over this action and has already filed a Rule 12(b)(1) Motion pursuant to the *Rooker-Feldman* doctrine which remains pending and undetermined before this Court. If that Motion is unsuccessful, Defendant anticipates moving for summary judgment on some or all of Plaintiff's claims.

6.	Defendant consents to proceed before a Magistrate Judge.

7.	Defendant requests a settlement conference.

Respectively Submitted,

**BEERMANN LLP**

By: */s/ Matthew D. Elster*
One of Defendant's Attorneys

Alvin R. Becker
Matthew D. Elster
BEERMANN LLP
161 North Clark Street Suite 3000
Chicago, Illinois 60601
312.621.9700
mdelster@beermannlaw.com

## Matthew D. Elster

| | |
|---|---|
| From: | Matthew D. Elster |
| Sent: | Monday, September 10, 2018 7:36 AM |
| To: | 'clangone@langonebatson.com' |
| Cc: | Alvin R. Becker |
| Subject: | Miller v. Balterman |
| Attachments: | 2018-09-09 Joint Initial Status Report.DOCX |

Mr. Langone,

Pursuant to Judge Dow's standing order [link HERE], we are required to file a joint initial status report within 2 days of our first status which, in this case, is tomorrow. I have prepared the attached draft. Please review and let us know your thoughts. Please note that Mr. Becker and I will be out of the office today for the Jewish holiday. I will be available tomorrow, however, to discuss.

Best,

Matt

Matthew D. Elster
*Partner*
**BEERMANN LLP**
161 North Clark Street, Suite 3000
Chicago, Illinois 60601
Direct: 312.621.1232
Facsimile: 312.621.0909
*mdelster@beermannlaw.com*
*www.beermannlaw.com*



**CONFIDENTIAL E-MAIL**
This e-mail message is intended only for the named recipient(s) above. It may contain confidential information that is privileged or that constitutes attorney work product. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachment(s) is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by replying to this e-mail and delete the message and any attachment(s) from your system.

1

**Exhibit A**